THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), 
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Bradley Ansel Wallen, Appellant.
 
 
 

Appeal From Union County
 John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2004-UP-626   
Submitted December 1, 2004  Filed December 
 10, 2004 

APPEAL DISMISSED

 
 
 
Acting Deputy Chief Attorney 
 Wanda P. Hagler, of Columbia, for Appellant.
Legal Counsel J. Benjamin 
 Aplin, South Carolina Department of Probation, Parole and Pardon Services, of 
 Columbia, for Respondent.
 
 
 

PER CURIAM:  Bradley Ansel Wallen appeals the revocation of his probation 
 for second degree burglary.  Wallens appellate counsel has petitioned to be 
 relieved as counsel, stating she has reviewed the record and has concluded Wallens 
 appeal is without merit.  The sole issue briefed by counsel concerns whether 
 the circuit court erred in revoking Wallens probation for failure to pay fines 
 owed without making an explicit finding that Wallen did so willfully. 
 Wallen did not file a separate pro se reply brief.
After a review of the record as required by Anders v. California, 386 
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we hold there are no directly appealable issues that are arguable on 
 their merits.  Accordingly, we dismiss this appeal and grant counsels petition 
 to be relieved.[1]
APPEAL DISMISSED.
HUFF and KITTREDGE, JJ., and CURETON, A.J., concur.   

[1]We decide this 
 case without oral argument pursuant to Rules 215 and 220(b)(2), SCACR.